**FILED**

**Yablon**
115 East 87th Street, #21-C
New York, NY 10128
646-827-3800

JUN 2 3 2015

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

June 23 2015

The Honorable Kandis Westmore
United States District Court
Northern District of California
1301 Clay Street
Oakland CA 94612

Re: Case # 3:15-cv-02745

Your Honor:

I am the Defendant in the above-captioned matter. I represent myself Pro Se, and am located in New York City.

I respectfully request your permission to use the Court's Electronic Filing System, and have attached both Motion for Permission to do so and a Proposed Order granting that permission, as per the instructions on the Court's web site, found specifically at http://www.cand.uscourts.gov/ECF/proseregistration.

Sincerely,,

Edward J. Yablon