FOLD HERE

U.S. POSTAGE
$3.94
FCM LETTER
10028
Date of sale
06/23/15
06  2S00
1085502371

USPS CERTIFIED MAIL™

9507 1000 3637 5174 0000 51

The Honorable Kandis Westmore — Judge Conti
US District Court
Northern District of California
1301 Clay St
Oakland CA 94612

115 2351
#21-C
10128

PLACE THIS LABEL TO THE LEFT OF THE POSTAGE