FILED

JUL 22 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

1  Name: Edward J. Yablon
2  Address: 115 E 87th Street, Apt 21-C
   New York NY 10128
3  Phone Number: 646 827-3800
4  E-mail Address: jeff@answerguy.com
5  *Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| WORDPRESS FOUNDATION | ) Case Number: 3:15-cv-02745 |
| | ) |
| | ) [~~PROPOSED~~] ORDER GRANTING |
| | ) MOTION FOR PERMISSION FOR |
| Plaintiff, | ) ELECTRONIC CASE FILING |
| | ) |
| vs. | ) DATE: |
| EDWARD JEFFREY YABLON and | ) TIME: |
| PC-VIP, INC | ) COURTROOM: |
| | ) JUDGE: |
| | ) |
| Defendant. | ) |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: Jul 22/15

_____
United States District/Magistrate Judge