UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORDPRESS FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD JEFFREY YABLON, et al.,<br><br>    Defendants. | Case No. 15-cv-02745-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL AND DENYING MOTION TO EXTEND TIME TO FILE CMC STATEMENT AS MOOT**<br><br>Re: ECF Nos. 22, 23 |

Plaintiff has notified the Court that the parties have reached a settlement in principle. See ECF No. 23.  Accordingly, the Case Management Conference currently set for October 7, 2015 is hereby continued to October 28, 2015 at 2:00 pm.  The parties shall file either a stipulation of dismissal or a joint statement explaining why they failed to file one by October 15, 2015.  All other deadlines and hearings in this case are vacated.  Plaintiff's motion to extend time to file its Case Management Statement is denied as moot.  See ECF No. 22.

If the case is dismissed by October 15, 2015, the October 28 hearing will be vacated automatically.

IT IS SO ORDERED.

Dated:  October 1, 2015

_____
JON S. TIGAR
United States District Judge